**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAVON ROBERTS, | ) | NO. CV 15-4830-DDP(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| TWIN TOWERS CORRECTIONAL FACILITY, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 21, 2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE